# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. B. OLIVER,<br><br>        Petitioner,<br><br>     v.<br><br>WARDEN,<br><br>        Respondent. | Case No. CV 15-1335-AB (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice to Petitioner's right to file a new petition after he has exhausted state remedies as to all claims raised therein.

DATED: November 4, 2015

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE